IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| CHARLES SHEPHERD, | ) CASE NO. 1:04 CV 1283 |
| Petitioner, | ) |
| -vs- | ) <u>JUDGMENT ENTRY</u> |
| STATE OF OHIO, | ) |
| Respondent. | ) |

UNITED STATES DISTRICT JUDGE LESLEY WELLS

The Court, having contemporaneously entered its Order Adopting Report and Recommendation, Dismissing the Petition After a Review of Petitioner's Objection, and Denying a Certificate of Appealability, hereby dismisses with prejudice petitioner Charles Shepherd's petition for a writ of habeas corpus.

IT IS SO ORDERED.

                                                  /s/Lesley Wells
                                          UNITED STATES DISTRICT JUDGE

Dated: <u>9 February 2007</u>